No. 99–6871. ANDERSON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–6876. SPEARS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6877. SANTOS-RIVIERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6878. WILDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6880. KAM FAR LEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–6881. MENSAH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6882. MIDDLETON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–6884. SAUMANI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6886. PALMER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6889. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6891. ALEMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6893. WILLIAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6901. GREEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6902. ESPARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6904. HARPLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–6906. ESCALANTI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.